| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____     Chapter    __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                 04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | Debtor's name | **Expo Marketing Group, LLC, a Delaware limited liability company** |
| --- | --- | --- |

| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| --- | --- | --- |

| 3. | Debtor's federal Employer Identification Number (EIN) | **65-1207840** |
| --- | --- | --- |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **2418 Nolita**<br>**Irvine, CA 92612**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange**<br>County | Location of principal assets, if different from principal place of business |
| | _____<br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | **expomarketing.com** |
| --- | --- | --- |

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |
| --- | --- | --- |

| Debtor | **Expo Marketing Group, LLC, a Delaware limited liability company** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5418**

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Expo Marketing Group, LLC, a Delaware limited liability company**                     Case number (*if known*) _____

Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

   Contact name _____

   Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Expo Marketing Group, LLC, a Delaware limited liability company**     Case number (*if known*) _____
Name

☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor   **Expo Marketing Group, LLC, a Delaware limited liability company**     Case number (*if known*) _____
         Name

████   **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 16, 2021**
              MM / DD / YYYY

X   **/s/ Lisa Bertaina**                                    **Lisa Bertaina**
    Signature of authorized representative of debtor          Printed name

Title   **Managing Member**

**18. Signature of attorney**

X   **/s/ Marc C. Forsythe**                          Date   **March 16, 2021**
    Signature of attorney for debtor                          MM / DD / YYYY

    **Marc C. Forsythe 153854**
    Printed name

    **GOE FORSYTHE & HODGES LLP**
    Firm name

    **18101 Von Karman Avenue**
    **Suite 1200**
    **Irvine, CA 92612-7127**
    Number, Street, City, State & ZIP Code

    Contact phone   **(949) 798-2460**     Email address   **mforsythe@goeforlaw.com**

    **153854 CA**
    Bar number and State

### United States Bankruptcy Court
#### Central District of California

In re   __Expo Marketing Group, LLC, a Delaware limited liability company__      Case No. _____
                                                    Debtor(s)               Chapter   __11__

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Lisa Bertaina**, declare under penalty of perjury that I am the **President** of **Expo Marketing Group, LLC, a Delaware limited liability company**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __28th__ day of __February__, 2021 .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Lisa Bertaina, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Lisa Bertaina, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Lisa Bertaina, President** of this Corporation is authorized and directed to employ **Marc C. Forsythe 153854**, attorney and the law firm of **GOE FORSYTHE & HODGES LLP** to represent the corporation in such bankruptcy case."

Date   __3\16\21__                          Signed   _____
                                                              **Lisa Bertaina, President**

---

**Fill in this information to identify the case:**

Debtor name    **Expo Marketing Group, LLC, a Delaware limited liability company**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 16, 2021**     X /s/ Lisa Bertaina
                                        Signature of individual signing on behalf of debtor

                                       **Lisa Bertaina**
                                       Printed name

                                       **Managing Member**
                                       Position or relationship to debtor

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
</table>

| | |
|---|---|
| Debtor name | **Expo Marketing Group, LLC, a Delaware limited liability company** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express** P.O. Box 0001 Los Angeles, CA 90096-8000 | **Marianna Mikhalevick** marianna.mikhalevich@michaellegalgroup.com (800) 678-0745 | **Miscellanous business purchases** | **Contingent Unliquidated** | | | $303,644.44 |
| **Brumark** 3655 Atlanta Indutrial Drive Building 100 Atlanta, GA 30331 | **Beth Nowlin** bnowlin@exploring.com (770) 874-8192 | **Flooring purchase** | **Unliquidated** | | | $19,814.45 |
| **Celtic Bank** Wade Newman, President 268 State St., STE#300 Salt Lake City, UT 84111 | **Tim McGoff (Chief Bus. Dev.Officer)** cares@bluevine.com (800) 529-0612 | **Payroll Protection Program Loan** | **Unliquidated** | | | $364,760.00 |
| **Chase Cardmember Services** P.O. Box 6294 Carol Stream, IL 60197-6294 | **Customer Service** (800) 945-2028 | **Miscellanous corporate purchases.** | **Contingent Unliquidated** | | | $99,576.96 |
| **Five Incorporated** 1055 South 1100 West Lehi, UT 84043 | **Ami Hunsaker** accounting@fiveinc.com (801) 980-7245 | **Graphics Purchase** | **Unliquidated** | | | $34,524.63 |
| **Hitachi Automotive Systems Americas** 10833 Valley View St., Suite 400 Cypress, CA 90630 | **Ryan Pelkey** Ryan.Pelkey@hitachi-automotive.us (949) 471-3500 Ex. 3584 | **Product for show.** | **Unliquidated** | | | $19,079.11 |

| Debtor | **Expo Marketing Group, LLC, a Delaware limited liability company** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **iTradeNetwork** 707 W. Tower Avenue Oakland, CA 94607 | **Rene Cardenas** rcardenas@itradenetwork.com (408) 921-0816 | **Deposit for participating in Show** | **Contingent Unliquidated** | | | $26,883.30 |
| **Nth Degree** P.O. Box 306157 Nashville, TN 37230-6157 | **Jennifer Wagoner** JWagoner@nthdegree.com (714) 734-4155 | **Labor to Install and dismantle exhibits.** | **Unliquidated** | | | $71,225.84 |
| **OC Orthodontics** 1300 NE Alpha Dr. CA 91728 | **Megan Allen** Megan.A@worldclasstech.com (971) 241-5771 | **Deposit for participating in show** | **Contingent Unliquidated** | | | $45,368.09 |
| **Openpath** 600 Corporate Point Suite 400 Culver City, CA 90230 | **Talinn Jaramillo** talinn@openpath.com (818) 293-9979 | **Deposit for participating in show** | **Contingent Unliquidated** | | | $22,766.15 |
| **Pacific Coast Producers** 631 N. Cluff Avenue Lodi, CA 95241 | **Tami Iverson** tiverson@pcoastp.com (209) 367-6278 | **Deposit for participating in show** | **Contingent Unliquidated** | | | $17,780.92 |
| **Piedmont Plastics** P.O. Box 845649 Los Angeles, CA 90084-5649 | **Becky Hazle-Jones** bhazlejones@piedmontplastics.com (704) 816-1954 | **Exhibit rental supplies.** | **Unliquidated** | | | $30,487.06 |
| **ScaleMatrix** 5775 Kearny Villa Rd. San Diego, CA 92123 | **Jennifer Pinnick** billing@scalematrix.com (858) 633-4362 | **Deposit for participating in show** | **Contingent Unliquidated** | | | $23,376.72 |
| **Seed Marketing** 651 Via Cristina Newbury Park, CA 91320 | **Rebecca Thayer** rebecca@seed-marketing.com (480) 789-0929 | **Deposit for participating in show** | **Contingent Unliquidated** | | | $66,246.33 |
| **Sunfolding** 3101 20th Street San Francisco, CA 94110 | **Joshua Keller** josh.keller@sunfolding.com (717) 817-1973 | **Deposit for participating in show** | **Contingent Unliquidated** | | | $28,170.48 |
| **Transit Air Cargo** 2204 E. Fourth Street Santa Ana, CA 92705 | **Tammy Ihle** tihle@TransitAir.com (714) 380-5568 | **Shipping services** | **Unliquidated** | | | $84,964.91 |

| Debtor | **Expo Marketing Group, LLC, a Delaware limited liability company** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Triton, c/o Michael Carroll TFA Associates LLC 10800 Midlothian Turnpike, Ste. 128 Richmond, VA 23235** | **Michael Carroll** mcarroll@tritonpacific.com (804) 893-3712 | **Business Loan and management fees** | | | | $524,876.98 |
| **U.S. Small Business Administration Office of Disaster Assistance 14925 Kingsport Road Fort Worth, TX 76155** | disastercustomerservice@sba.gov (213) 634-3855 | **Disaster Assistance Loan** | **Unliquidated** | | | $150,000.00 |
| **Vital Smarts 282 West River Bend Lane Provo, UT 84604** | **Mary McChesney** mary.mcchesney @vitalsmarts.com (801) 724-6280 | **Deposit for participting in show.** | **Contingent Unliquidated** | | | $27,718.09 |
| **Younger Optics USA 2925 California Street Torrance, CA 90503** | **Sara Sim** ssim@youngeroptics.com (310) 787-6597 | **Deposit for Participating in show** | **Contingent Unliquidated** | | | $87,000.00 |

# United States Bankruptcy Court
## Central District of California

In re  **Expo Marketing Group, LLC, a Delaware limited liability company**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lisa Bertaina**<br>**2418 Nolita**<br>**Irvine, CA 92612** | **None** | **None** | **Sole Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 16, 2021**

Signature  **/s/ Lisa Bertaina**

**Lisa Bertaina**

*Penalty for making a false statement of concealing property*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date: **March 16, 2021**

/s/ Lisa Bertaina
Lisa Bertaina
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                          Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name   **Expo Marketing Group, LLC, a Delaware limited liability company**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.............................................................................................   $      0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.........................................................................................   $     185,399.31

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*...........................................................................................   $     185,399.31

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................   $     266,263.42

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $     0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................   +$     2,311,132.23

4.   Total liabilities ................................................................................................................
    Lines 2 + 3a + 3b

$     2,577,395.65

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Expo Marketing Group, LLC, a Delaware limited liability company**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JPMorgan Chase Bank, N.A.** | **Checking** | **1632** | $958.61 |
| 3.2. | **JPMorgan Chase Bank, N.A.** | **Checking** | **6289** | $2,274.70 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $3,233.31 |
   |---|

**Part 2:       Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1.

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **Expo Marketing Group, LLC, a Delaware limited
         liability company**                                    Case number *(If known)*
         _____                    _____
         Name

Description, including name of holder of prepayment
8.1. _____   _____

---

9.    **Total of Part 2.**
      Add lines 7 through 8. Copy the total to line 81.                          | _____ |

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11b. Over 90 days old:   **62,046.37**   -   **62,046.37**   =....                    **$0.00**
                                face amount          doubtful or uncollectible accounts

---

12.    **Total of Part 3.**
       Current value on lines 11a + 11b = line 12. Copy the total to line 82.      | _____ **$0.00** |

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**

       Name of fund or stock:

       14.1. _____   _____   _____

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC,
       partnership, or joint venture**

       Name of entity:                         % of ownership

       15.1. _____   _____ %   _____   _____

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

       Describe:

       16.1. _____   _____   _____

---

17.    **Total of Part 4.**
       Add lines 14 through 16. Copy the total to line 83.                          | _____ |

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property                        page 2

| Debtor | **Expo Marketing Group, LLC, a Delaware limited liability company** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

Part 5: **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **SEE ATTACHED ITEM #22** | 02/10/2021 | $0.00 | Liquidation | $175,914.00 |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | | | | $175,914.00 |
|---|---|---|---|---|

24. **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

Part 6: **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 3

Debtor    **Expo Marketing Group, LLC, a Delaware limited liability company**
<span style="font-size:smaller">Name</span>

Case number *(If known)* _____

31.    **Farm and fishing supplies, chemicals, and feed**

_____ _____ _____ _____

32.    **Other farming and fishing-related property not already listed in Part 6**

_____ _____ _____ _____

33.    **Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.                              _____

34.    **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

35.    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

36.    **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37.    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture**<br>**Desks and Chairs.** | **$0.00** | **Liquidation** | **$300.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                              **$300.00**

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Expo Marketing Group, LLC, a Delaware limited**
         **liability company**
         Name                                                    Case number *(If known)* _____

☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1. _____    _____    _____    _____

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

48.1. _____    _____    _____    _____

49.    **Aircraft and accessories**

49.1.. _____    _____    _____    _____

50.    **Other machinery, fixtures, and equipment (excluding farm**
       **machinery and equipment)**

_____    _____    _____    _____

51.    **Total of Part 8.**
       Add lines 47 through 50.  Copy the total to line 87.                           _____

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

| Debtor | **Expo Marketing Group, LLC, a Delaware limited liability company** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** **ExpoMarketing Branding Assets.  Including: Logo, Designs, Photogaphs, video and website content.** | Unknown | Liquidation | $1,000.00 |
| 61.  **Internet domain names and websites** **www.expomarketing.com** | Unknown | Appraisal | $4,952.00 |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** **Customer mailing lists.** | $0.00 | N/A | Unknown |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** **Goodwill (as of 12/31/2020)** | $1,348,689.17 | N/A | $0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Expo Marketing Group, LLC, a Delaware limited liability company** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**66.**     **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

**$5,952.00**

**67.**     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

**68.**     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.**     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:**    **All other assets**

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

                                                    **Current value of debtor's interest**

**71.**     **Notes receivable**
Description (include name of obligor)

**72.**     **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
**Income tax refunds and unused net operating losses (NOLs), if any, are unknown at this time.**

Tax year **2020**

**Unknown**

**73.**     **Interests in insurance policies or annuities**

**74.**     **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.**     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**     **Trusts, equitable or future interests in property**

**77.**     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.**     **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

**$0.00**

**79.**     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor  **Expo Marketing Group, LLC, a Delaware limited liability company**

Case number *(If known)*

Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,233.31 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $175,914.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $300.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $5,952.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $185,399.31 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $185,399.31 |

---

# EXHIBIT 22

# EXHIBIT 22

| #22 INVENTORY & SUPPLIES | CODE | SIZE | QUANTITY | DATE OF LAST INVENTORY | BOOK VALUE OF DEBTORS INTEREST | CURRENT VALUE OF DEBTORS INTEREST | Inventory Total Value |
|---|---|---|---|---|---|---|---|
| ALUVISION FRAME | AO | 39" x 95" | 163 | 2/10/2021 | 0.00 | $ 300.00 | $ 48,900.00 |
| ALUVISION FRAME | HO | 19.5" x 39" | 91 | 2/10/2021 | 0.00 | $ 84.00 | $ 7,644.00 |
| ALUVISION FRAME | KO | 39" x 95" | 68 | 2/10/2021 | 0.00 | $ 168.00 | $ 11,424.00 |
| ALUVISION FRAME | JO | 39" x 78" | 42 | 2/10/2021 | 0.00 | $ 300.00 | $ 12,600.00 |
| ALUVISION FRAME | FO (door) | 39" x 95" | 15 | 2/10/2021 | 0.00 | $ 550.00 | $ 8,250.00 |
| ALUVISION FRAME | BO | 19.5" x 95" | 55 | 2/10/2021 | 0.00 | $ 202.00 | $ 11,110.00 |
| ALUVISION FRAME | EO | 12.25"x 95" | 25 | 2/10/2021 | 0.00 | $ 127.00 | $ 3,175.00 |
| ALUVISION FRAME | XO (curve) | 30.47" x 39" | 8 | 2/10/2021 | 0.00 | $ 116.00 | $ 928.00 |
| ALUVISION FRAME | S (curve) | 46" x 19.5" | 5 | 2/10/2021 | 0.00 | $ 95.00 | $ 475.00 |
| ALUVISION FRAME | V (curve) | 46" x 19.25" | 9 | 2/10/2021 | 0.00 | $ 97.00 | $ 873.00 |
| NORDIC HANGING SIGN FRAME (Cust. Nordic) | | 355"W x 235"L x 237.7H | 1 | 2/10/2021 | 0.00 | $ 3,000.00 | $ 3,000.00 |
| MONITORS | | 43 INCH | 36 | 2/10/2021 | 0.00 | $ 400.00 | $ 14,400.00 |
| MONITORS | | 32 INCH | 10 | 2/10/2021 | 0.00 | $ 300.00 | $ 3,000.00 |
| MONITORS | | 40 INCH | 4 | 2/10/2021 | 0.00 | $ 400.00 | $ 1,600.00 |
| MONITORS | | 55 INCH | 6 | 2/10/2021 | 0.00 | $ 500.00 | $ 3,000.00 |
| MONITORS | | 50 INCH | 1 | 2/10/2021 | 0.00 | $ 500.00 | $ 500.00 |
| MONITORS | | 65 INCH | 1 | 2/10/2021 | 0.00 | $ 650.00 | $ 650.00 |
| TABLES | BISTRO | | 3 | 2/10/2021 | 0.00 | $ 155.00 | $ 465.00 |
| STOOLS (9 BOXES NEW) | CRESCENT | | 18 | 2/10/2021 | 0.00 | $ 150.00 | $ 2,700.00 |
| STOOLS (6 BOXES NEW) | BLACK BAR | | 12 | 2/10/2021 | 0.00 | $ 150.00 | $ 1,800.00 |
| STOOLS ( 3 BOXES NEW) | WHITE ROUND HILL | | 6 | 2/10/2021 | 0.00 | $ 150.00 | $ 900.00 |
| STOOLS | BLACK LOFT | | 32 | 2/10/2021 | 0.00 | $ 85.00 | $ 2,720.00 |
| STOOLS | MATT BLACK CONTEMPORARY | | 4 | 2/10/2021 | 0.00 | $ 150.00 | $ 600.00 |
| CHAIRS (2 BOXES NEW) | WHITE KNIGHT | | 4 | 2/10/2021 | 0.00 | $ 125.00 | $ 500.00 |
| PODIUMS | GRAY UPLIT | | 4 | 2/10/2021 | 0.00 | $ 375.00 | $ 1,500.00 |
| FRAME HARDWARE: | | | | | 0.00 | $ 10,000.00 | $ 10,000.00 |
| | TORPEDOES | | MULTIPLE | 2/10/2021 | 0.00 | | |
| | STRAIGHT PLATES/HING PLATES | | MULTIPLE | 2/10/2021 | 0.00 | | |
| | T PLATES/X PLATES | | MULTIPLE | 2/10/2021 | 0.00 | | |
| | 90 DEGREE PLATES | | MULTIPLE | 2/10/2021 | 0.00 | | |
| ROLAND VINYL PRINTER | | | | | 0.00 | | $ 5,000.00 |
| COMPUTERS & MONITORS | | | MULTIPLE | 2/10/2021 | 0.00 | | $ 10,000.00 |
| MISC SUPPLIES | | | | | 0.00 | | $ 500.00 |
| CLAMP LIGHTS | | | APPROX 150 | 2/10/2021 | 0.00 | | $ 5,000.00 |
| IP PHONES | | | 7 | 2/10/2021 | 0.00 | | $ 700.00 |
| SHOW COUNTERS (Cust. JBS) | | 20"x43"x60" | 4 | 2/10/2021 | 0.00 | 500 | $ 2,000.00 |
| | | | | | | | $ 175,914.00 |

**Fill in this information to identify the case:**

Debtor name **Expo Marketing Group, LLC, a Delaware limited liability company**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| **2.1** | **Transwestern**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All property subject to enforcement of a Money Judgment against the Judgment Debtor to which a Judgment Lien on personal property may attach under Section 697.530 of the Code of Civil Procedure is subject to this Judgment Lien.** | **$266,263.42** | **Unknown** |

**Wilson Dow Avenue, LLC**
**P.O. Box 6234**
**Hicksville, NY 11802-6234**
Creditor's mailing address

**Erin.Goto@transwestern.com**
Creditor's email address, if known

Date debt was incurred
**10-01-2020 through 01-2021 rent**
Last 4 digits of account number
**7411,2745;0010**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe the lien
**UCC Filed 03-02-2021**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     **$266,263.42**

**Part 2:     List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Richard L. Seide, APC**<br>**901 Dove Street**<br>**Suite 120**<br>**Newport Beach, CA 92660** | Line **2.1** | |

| Debtor | **Expo Marketing Group, LLC, a Delaware limited liability company** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **Wildow Avenue LLC**<br>**RREEF**<br>**535 Anton, Suite 200**<br>**Costa Mesa, CA 92626** | Line __2.1__ | | **0774** |
| **Wilson Dow Avenue, LLC**<br>**c/o C T Corporation System**<br>**818 West Seventh Street, Suite 930**<br>**Los Angeles, CA 90017** | Line __2.1__ | | **0774** |

**Fill in this information to identify the case:**

Debtor name    **Expo Marketing Group, LLC, a Delaware limited liability company**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   wi h priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **Employment Development Department Bankruptcy Group MIC 92E P.O. Box 826880 Sacramento, CA 94280-0001** | *Check all that apply.*  ☐ Contingent  ☐ Unliquidated  ☐ Disputed | | |
| | Date or dates debt was incurred **NOTICE ONLY** | Basis for the claim: **NOTICE ONLY** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **Franchise Tax Board Bankruptcy Setion, MS: A-340 P.O. Box 2952 Sacramento, CA 95812-2952** | *Check all that apply.*  ☐ Contingent  ☐ Unliquidated  ☐ Disputed | | |
| | Date or dates debt was incurred **NOTICE ONLY** | Basis for the claim: **NOTICE ONLY** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes | | |

| Debtor | **Expo Marketing Group, LLC, a Delaware limited liability company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address
**Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      $0.00

Date or dates debt was incurred
**Notice only**

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4**

Priority creditor's name and mailing address
**State Board of Equalization
Account Information Group, MIC:
29
P.O. Box 942879
Sacramento, CA 94279-0029**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      $0.00

Date or dates debt was incurred
**NOTICE ONLY**

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**

Nonpriority creditor's name and mailing address
**1 Password
317 Adelaide Street West
Toronto CN M5V1P9**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

$7,998.45

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

Basis for the claim:  **Deposit for participating in Show.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2**

Nonpriority creditor's name and mailing address
**3DS Max AutoDesk
111 McInnis Parkway
San Rafael, CA 94903**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

$0.00

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Design Software
NOTICE ONLY, LISTED IN AN ABUNDANCE OF CAUTION.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3**

Nonpriority creditor's name and mailing address
**A & J Crates
2103 S. Standard Avenue
Santa Ana, CA 92707**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

$10,470.00

Date(s) debt was incurred  **1/2020 through 03/2020**

Last 4 digits of account number _

Basis for the claim:  **Crates**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Expo Marketing Group, LLC, a Delaware limited liability company | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adobe**
640 Holdrege Avenue
Los Angeles, CA 90016

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Monthly Adobe software**
**NOTICE ONLY, LISTED IN AN ABUNDANCE OF CAUTION.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**Alpha & Omega Semiconductor Ltd**
475 Oakmead Parkway
Sunnyvale, CA 94085

Date(s) debt was incurred  **2019**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit for participating in show.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303,644.44 |
|---|---|---|---|

**American Express**
P.O. Box 0001
Los Angeles, CA 90096-8000

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **6000**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Miscellanous business purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,696.63 |
|---|---|---|---|

**Audio Technologies**
10557 Metric Drive
Dallas, TX 75243

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit for participating in Show**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,034.66 |
|---|---|---|---|

**Better Choice Brands**
164 Douglas Road East
Oldsmar, FL 34677

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit for participating in show**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,814.45 |
|---|---|---|---|

**Brumark**
3655 Atlanta Indutrial Drive
Building 100
Atlanta, GA 30331

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Flooring purchase**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $364,760.00 |
|---|---|---|---|

**Celtic Bank**
Wade Newman, President
268 State St., STE#300
Salt Lake City, UT 84111

Date(s) debt was incurred  **04/30/2020**

Last 4 digits of account number  **7309**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll Protection Program Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Expo Marketing Group, LLC, a Delaware limited liability company** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Central Desktop (IMeet)**
87 N. Raymond Avenue
Suite 528
Pasadena, CA 91103

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Software services
NOTICE ONLY, LISTED IN AN ABUNDANCE OF CAUTION.

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99,576.96** |
|---|---|---|---|

**Chase**
Cardmember Services
P.O. Box 6294
Carol Stream, IL 60197-6294

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  Miscellanous corporate purchases.
2nd account #4246-3152-9643-9753

Last 4 digits of account number  **8608**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,690.54** |
|---|---|---|---|

**Cinnafilm, Inc.**
600 Central Avenue Southeast
Albuquerque, NM 87102

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  Deposit for participating in Show.

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,974.79** |
|---|---|---|---|

**Coffeeland**
2121 South Business Parkway
Ontario, CA 91761

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  Deposit for participating in Show

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,661.66** |
|---|---|---|---|

**Contextlogic, Inc. (Wish)**
1 Sansome Street, FL 40
San Francisco, CA 94104-4448

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Deposit for participating in Show

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cox Internet Services**
2712 Towne Center Dr.
Foothill Ranch, CA 92610

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Monthly Internet Services

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Cytek Biosciences, Inc.**
46107 Landing Parkway
Fremont, CA 94538

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Deposit for participating in show

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Expo Marketing Group, LLC, a Delaware limited liability company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**DE LAGE LANDEN FINANCIAL SERVICES,**
**1111 Old Eagle School Rd**
**Wayne, PA 19087-1453**

Date(s) debt was
incurred **11-09-2016 - Initial filing**

Last 4 digits of account number **9400**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Aerial Work Platform**
**NOTICE ONLY, LISTED IN AN ABUNDANCE OF CAUTION.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**DE LAGE LANDEN FINANCIAL SERVICES,**
**1111 Old Eagle School Rd**
**Wayne, PA 19087-1453**

Date(s) debt was incurred **02-31-2017**

Last 4 digits of account number **2604**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **2017- Nissan Class IV -IC Cushion Forklift**
**NOTICE ONLY, LISTED IN AN ABUNDANCE OF CAUTION.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$125,000.00** |

**EMG Inc.**
**c/o Lisa Bertaina**
**2418 Nolita**
**Tustin, CA 92780**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Business Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,323.75** |

**Etumos**
**1425 Broadway #563**
**Seattle, WA 98122**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit for participating in Show**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Exhibit Force**
**10550 South Sam Houston Pkwy W**
**Houston, TX 77071**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Sofware contract.  Contract expired 02-28-2021.**
**NOTICE ONLY, LISTED IN AN ABUNDANCE OF CAUTION.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34,524.63** |

**Five Incorporated**
**1055 South 1100 West**
**Lehi, UT 84043**

Date(s) debt was incurred **2020**

Last 4 digits of account number **5082**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Graphics Purchase**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Expo Marketing Group, LLC, a Delaware limited liability company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,182.61** |
|---|---|---|---|

**Flooring Exhibits**
P.O. Box 400084
Las Vegas, NV 89140

Date(s) debt was incurred **2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Flooring purchase**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,331.00** |
|---|---|---|---|

**Globalux Lighting**
2037 S. Vineyard Avenue
Ontario, CA 91761

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Balance due to client**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,079.11** |
|---|---|---|---|

**Hitachi Automotive Systems Americas**
10833 Valley View St., Suite 400
Cypress, CA 90630

Date(s) debt was incurred **2020**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit for Participating in show.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hubspot**
1 Harbour Pl, Suite 175
Portsmouth, NH 03801

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Software services**
**NOTICE ONLY, LISTED IN AN ABUNDANCE OF CAUTION.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,883.30** |
|---|---|---|---|

**iTradeNetwork**
707 W. Tower Avenue
Oakland, CA 94607

Date(s) debt was incurred **2020**

Last 4 digits of account number **_**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit for participating in Show**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ITS Phone Service**
4100 Guardian Street
Suite 110
Simi Valley, CA 93063

Date(s) debt was incurred **_**

Last 4 digits of account number **_**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Phone service**
**NOTICE ONLY, LISTED IN AN ABUNDANCE OF CAUTION.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,619.20** |
|---|---|---|---|

**Letters etc.**
17845 Sky Park Circle
Irvine, CA 92614

Date(s) debt was incurred **2020**

Last 4 digits of account number **_**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit for participating in show**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Expo Marketing Group, LLC, a Delaware limited liability company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,042.13** |
|---|---|---|---|

**Luminance & Hallmark Lighting**
1945 S. Tubeway Avenue
Los Angeles, CA 90040

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

Basis for the claim:  **Balance due to client**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Microsoft 365**
One Microsoft Way
Redmond, WA 98052-6399

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Software services**
**NOTICE ONLY, LISTED IN AN ABUNDANCE OF CAUTION.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,077.90** |
|---|---|---|---|

**Mieles Campos Azules SA DE CV**
Carretera a Santa Rosa KM 3
Amatitan, Jalisco 45380, MX

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Deposit for participating in Show**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$71,225.84** |
|---|---|---|---|

**Nth Degree**
P.O. Box 306157
Nashville, TN 37230-6157

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **4059**

Basis for the claim:  **Labor to Install and dismantle exhibits.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45,368.09** |
|---|---|---|---|

**OC Orthodontics**
1300 NE Alpha Dr.
 CA 91728

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

Basis for the claim:  **Deposit for participating in show**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,766.15** |
|---|---|---|---|

**Openpath**
600 Corporate Point
Suite 400
Culver City, CA 90230

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Deposit for participating in show**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,780.92** |
|---|---|---|---|

**Pacific Coast Producers**
631 N. Cluff Avenue
Lodi, CA 95241

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

Basis for the claim:  **Deposit for participating in show**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Expo Marketing Group, LLC, a Delaware limited liability company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Pasternack Enterprises Inc.**
17802 Fitch
Irvine, CA 92614

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Deposit for participating in show**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,487.06 |
|---|---|---|---|

**Piedmont Plastics**
P.O. Box 845649
Los Angeles, CA 90084-5649

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Exhibit rental supplies.**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,339.00 |
|---|---|---|---|

**Puzhen Life**
745 Fifth Avenue
Suite 528
New York, NY 10151

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Deposit for participating in show**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**QBO (Intuit)**
2800 E. Commerce Center PL
Tucson, AZ 85704-4559

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Software Services**
**NOTICE ONLY, LISTED IN AN ABUNDANCE OF CAUTION.**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,376.72 |
|---|---|---|---|

**ScaleMatrix**
5775 Kearny Villa Rd.
San Diego, CA 92123

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Deposit for participating in show**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,246.33 |
|---|---|---|---|

**Seed Marketing**
651 Via Cristina
Newbury Park, CA 91320

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Deposit for participating in show**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,768.41 |
|---|---|---|---|

**Singapore Math, Inc.**
19535 SW 129th Avenue
Tualatin, OR 97062

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Deposit for participating in show**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Expo Marketing Group, LLC, a Delaware limited liability company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Southern California Leasing, Inc.
180 E. Main Street
Suite 204
Tustin, CA 92780-4414

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **A terminated lease agreement.**
**NOTICE ONLY, LISTED IN AN ABUNDANCE OF CAUTION.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,338.65**

Step 1 Dezigns, Inc.
630 Terminal Way
Costa Mesa, CA 92627

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Lighting purchase.**

Last 4 digits of account number  **Expo**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,025.30**

StoreLocal
4920 Campus Drive
Newport Beach, CA 92660

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Deposit for participating in show**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,170.48**

Sunfolding
3101 20th Street
San Francisco, CA 94110

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Deposit for participating in show**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Susquehanna Commercial Finance, Inc
2 Country View Road, Suite 300
Malvern, PA 19355

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY, LISTED IN AN ABUNDANCE OF CAUTION.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,280.00**

TL Event Services LLC
2831 S. Rose Parkway
Suite 200
Henderson, NV 89052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Outside Labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$84,964.91**

Transit Air Cargo
2204 E. Fourth Street
Santa Ana, CA 92705

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Shipping services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Expo Marketing Group, LLC, a Delaware limited liability company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.52** | Nonpriority creditor's name and mailing address

**Triton, c/o Michael Carroll**
**TFA Associates LLC**
**10800 Midlothian Turnpike, Ste. 128**
**Richmond, VA 23235**

Date(s) debt was incurred  **prior to 2006**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Loan and Management Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$524,876.98**

---

**3.53** | Nonpriority creditor's name and mailing address

**True Spot**
**6010 W. Spring Creek Pkwy**
**Plano, TX 75024**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit for participating in show**

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

**3.54** | Nonpriority creditor's name and mailing address

**U.S. Small Business Administration**
**Office of Disaster Assistance**
**14925 Kingsport Road**
**Fort Worth, TX 76155**

Date(s) debt was incurred  **07-07-2020**

Last 4 digits of account number  **8007**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Disaster Assistance Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$150,000.00**

---

**3.55** | Nonpriority creditor's name and mailing address

**United Pacific Industries Inc.**
**3788 Conant Street**
**Long Beach, CA 90808**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit for participating in show**

Is the claim subject to offset? ■ No ☐ Yes

**$10,533.10**

---

**3.56** | Nonpriority creditor's name and mailing address

**VARTA Microbattery**
**555 Theodore Fremd Avenue**
**Suite C304**
**Rye, NY 10580**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit for Participating in show**

Is the claim subject to offset? ■ No ☐ Yes

**$5,050.00**

---

**3.57** | Nonpriority creditor's name and mailing address

**Vital Smarts**
**282 West River Bend Lane**
**Provo, UT 84604**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit for participting in show.**

Is the claim subject to offset? ■ No ☐ Yes

**$27,718.09**

---

**3.58** | Nonpriority creditor's name and mailing address

**Water Science Technologies**
**1701 Vanderbilt Rd.**
**Birmingham, AL 35234**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit for participating in show**

Is the claim subject to offset? ■ No ☐ Yes

**$7,954.99**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy

| Debtor | Expo Marketing Group, LLC, a Delaware limited liability company | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wells Fargo Equipment Finance**
P.O. Box 1433
Des Moines, IA 50306

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5001**

Basis for the claim:  **JLG Scissor Lift 1930ES s/n M20000005392 NOTICE ONLY, LISTED IN AN ABUNDANCE OF CAUTION.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Western Equipment Finance, Inc.**
P.O. Box 640
Devils Lake, ND 58301-0640

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **10-28-2016**

Last 4 digits of account number  _

Basis for the claim:  **NOTICE ONLY, LISTED IN AN ABUNDANCE OF CAUTION.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87,000.00 |
|---|---|---|---|

**Younger Optics USA**
2925 California Street
Torrance, CA 90503

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

Basis for the claim:  **Deposit for Participating in show**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express**<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | Line  **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **American Express**<br>c/o CT Corporation System<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 | Line  **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Becky Hazle-Jones**<br>5265 South Rio Grande Street<br>Littleton, CO 80120 | Line  **3.39**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Beyond the Nth Degree Inc.**<br>dba Nth Degree, Inc.<br>c/o C T Corporation System<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 | Line  **3.34**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **BlueVine, Pocessor and Servicer**<br>for Celtic Bank<br>401 Warren Street<br>Redwood City, CA 94063 | Line  **3.10**<br><br>☐ Not listed. Explain ____ | **7309** |

| Debtor | Expo Marketing Group, LLC, a Delaware limited liability company | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.6**   **Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| **4.7**   **CT Corporation System**<br>**600 N. 2nd Street, STE 401**<br>**Harrisburg, PA 17101** | Line **3.49**<br>☐ Not listed. Explain ____ | _ |
| **4.8**   **EVERBANK COMMERCIAL FINANCE, INC.**<br>**10 Waterview Blvd Fl 2ND**<br>**Parsippany, NJ 07054-1286** | Line **3.60**<br>☐ Not listed. Explain ____ | _ |
| **4.9**   **Faggen Enterprises LLC**<br>**c/o Thomas Bacon, agent for service**<br>**1601 N. Sepulveda Blvd., #349**<br>**Manhattan Beach, CA 90266** | Line **3.52**<br>☐ Not listed. Explain ____ | _ |
| **4.10**   **Hitachi Automotive Systems Americas**<br>**6200 Gateway Drive**<br>**Cypress, CA 90630** | Line **3.26**<br>☐ Not listed. Explain ____ | _ |
| **4.11**   **Jennifer Wagoner**<br>**3237 Satelliet Blvd, Suite 600**<br>**Duluth, GA 30096** | Line **3.34**<br>☐ Not listed. Explain ____ | _ |
| **4.12**   **Marianna Mikhalevick, Attorney**<br>**Michael & Associates, PC**<br>**555 S. Charles Dr., Suite 204**<br>**Thousand Oaks, CA 91360** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |
| **4.13**   **Megan Allen**<br>**1300 NE Alpha Dr.**<br>**McMinnville, OR 97128** | Line **3.35**<br>☐ Not listed. Explain ____ | _ |
| **4.14**   **Nth Degree Inc.**<br>**14711 Bentley Circle, Suite A**<br>**Tustin, CA 92780** | Line **3.34**<br>☐ Not listed. Explain ____ | _ |
| **4.15**   **Scott W. Wellman, Attorney at Law**<br>**Wellman & Warren LLP**<br>**24411 Ridge Route, Suite 200**<br>**Laguna Hills, CA 92653** | Line **3.51**<br>☐ Not listed. Explain ____ | _ |
| **4.16**   **Select Equipment Sales**<br>**6911 8th Street**<br>**Buena Park, CA 90620** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| **4.17**   **Southern California Leasing, Inc.**<br>**180 E. Main Street, Suite 204**<br>**Tustin, CA 92780** | Line **3.49**<br>☐ Not listed. Explain ____ | _ |
| **4.18**   **TRITON PACIFIC CAPITAL PARTNERS**<br>**Thomas Bacon, its Agent for Service**<br>**1601 N. Sepulvda Blvd., #349**<br>**Manhattan Beach, CA 90266** | Line **3.52**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Expo Marketing Group, LLC, a Delaware limited liability company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.19  **U.S. Small Business Administration**<br>**Office of General Counsel**<br>**312 North Spring Street, 5th Floor**<br>**Los Angeles, CA 90012** | Line **3.54**<br>☐ Not listed. Explain ____ | **8007** |
| 4.20  **U.S. Small Business Administration**<br>**Office of General Counsel**<br>**312 North Spring Street, 5th Floor**<br>**Los Angeles, CA 90012** | Line **3.10**<br>☐ Not listed. Explain ____ | **7309** |
| 4.21  **Wade Newman, President**<br>**CelticBank**<br>**268 South State Street, Suite 300**<br>**Salt Lake City, UT 84111** | Line **3.10**<br>☐ Not listed. Explain ____ | **7309** |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 2,311,132.23 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.  $ | 2,311,132.23 |

**Fill in this information to identify the case:**

Debtor name    **Expo Marketing Group, LLC, a Delaware limited liability company**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Opened 02-31-2017 UCC Lease agreement 2017- Class IV -IC Cushion Forklift 13 Months**<br><br>**De Lae Landen Financial Services**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Opened 11-09-2016 - Initial filing UCC-1 Lien Holder JLG Aerial Work Platform and proceeds. 11 months**<br><br>**DE LAGE LANDEN FINANCIAL SERVICES,**<br>**1111 Old Eagle School Rd**<br>**Wayne, PA 19087-1453** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease for Scissor Lift**<br><br>**00**<br><br>**Wells Fargo Equipment Finance**<br>**P.O. Box 1433**<br>**Des Moines, IA 50306** |

**Fill in this information to identify the case:**

Debtor name __**Expo Marketing Group, LLC, a Delaware limited liability company**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____<br><br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br><br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br><br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br><br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name __**Expo Marketing Group, LLC, a Delaware limited liability company**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:      Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $23,373.98 |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | $2,758,820.20 |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | $9,157,026.29 |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor  **Expo Marketing Group, LLC, a Delaware limited liability company**

Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **First Insurance Funding**<br>**450 Skokie Blvd., STE 1000**<br>**Northbrook, IL 60062-7917** | 12/1/20-2/20/21 | $7,705.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Liability & D&O Premiums**<br>**ACCT: 900 - 92237627** |
| 3.2.  **Kaiser Foundation Health Plan**☐<br>**P.O. Box 60508**<br>**City of Industry, CA 91716-0508** | 12/1/2020 through 02/20/2021 | $34,207.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Health Care Premiums** |
| 3.3.  **Wilson Dow Avenue, LLC**<br>**RREEF**<br>**535 Anton, Suite 200**<br>**Costa Mesa, CA 92626** | Upon Termination of Lease | $36,959.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Lease deposit.** |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **TL Event Services** | **Multiple : 01/15/2020 through 12/15/2020.** | $102,780.55 | **Payment for labor services** |

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Wilson Dow Avenue, LLC**<br>**RREEF**<br>**535 Anton, Suite 200**<br>**Costa Mesa, CA 92626** | **Abandoned property at business location: 2741 and 2745 Dow Avenue, Tustin, CA, when lease was terminated: Mimaki JFX200 Printer; HIGHMARK DOUBLE DECK ; SET DOUBLE DECK; Modular Print Room Add On; and other misc. personal property. NOTE: Debtor could not locate a buyer for the Property.** | 02/28/2021 | $0.00 |

Debtor    **Expo Marketing Group, LLC, a Delaware limited liability
company**                                          Case number *(if known)*

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **DE LAGE LANDEN FINANCIAL SERVICES,**<br>**1111 Old Eagle School Rd**<br>**Wayne, PA 19087-1453** | **Aerial Work Platform** | **02/2021** | **$10,561.78** |
| **DE LAGE LANDEN FINANCIAL SERVICES,**<br>**1111 Old Eagle School Rd**<br>**Wayne, PA 19087-1453** | **2017- Nissan Class IV -IC Cushion Forklift** | **02/2021** | **$16,734.15** |
| **Wells Fargo Equipment Finance**<br>**P.O. Box 1433**<br>**Des Moines, IA 50306** | **JLG Scissor Lift 1930ES**<br>**s/n M20000005392**<br>**(Wells Fargo Finan.)**<br>**Value of Property Estimated** | **02/2021** | **$10,000.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Wilson Dow Avenue, et al. -vs- Expo Marketing Group, et. al.**<br>**30-2020-01171655-CU-UD-CJC** | **Unlawful Detainer. Judgement entered 01/26/2021 Filed UCC Notice of Judgment Lien on 03/02/2021** | **Orange County Superior Court**<br>**700 Civic Center Drive West**<br>**Santa Ana, CA 92701** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Debtor | **Expo Marketing Group, LLC, a Delaware limited liability company** | Case number *(if known)* | |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **GOE FORSYTHE & HODGES LLP** **18101 Von Karman Avenue** **Suite 1200** **Irvine, CA 92612-7127** | **Filing Fee** | **12/4/2020** | **$1,738.00** |
| | Email or website address **mforsythe@goeforlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **GOE FORSYTHE & HODGES LLP** **18101 Von Karman Avenue** **Suite 1200** **Irvine, CA 92612-7127** | **Attorney Fees (includes non-bankruptcy services)** | **12/04/2020** | **$33,262.00** |
| | Email or website address **mforsythe@goeforlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **GOE FORSYTHE & HODGES LLP** **18101 Von Karman Avenue** **Suite 1200** **Irvine, CA 92612-7127** | **Attorney Fees (includes non-bankruptcy services)** | **03/01/2021** | **$25,000.00** |
| | Email or website address **mforsythe@goeforlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Expo Marketing Group, LLC, a Delaware limited liability company**   Case number *(if known)*

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Freehand Sign Company 947 N. Elm Street Orange, CA 92867** | **CNC Router** | **02/23/2021** | **$15,000.00** |
| | Relationship to debtor | | | |
| 13.2. | **Micro Puzzles 2100 East Katella Avenue Unit #362 Anaheim, CA 92806** | **Mimaki JFX200-2513 EX Printer** | **02/22/2021** | **$26,300.00** |
| | Relationship to debtor | | | |
| 13.3. | **Toni Ann Cottrell 12712 Cherry Valle Drive La Mirada, CA 90638** | **Computer and Monitor (In lieu of severance pay)** | **02/26/2021** | **$239.00** |
| | Relationship to debtor **Employee** | | | |
| 13.4. | **Lauren Lake 1301 Borden Road Escondido, CA 92026** | **Computer and Monitor (In lieu of severance pay)** | **02/26/2021** | **$239.00** |
| | Relationship to debtor **Employee** | | | |
| 13.5. | **Jorge Navarro 842 Princeton Avenue Shakopee, MN 55379** | **Computer and Monitor (In lieu of severance pay)** | **02/12/2021** | **$239.00** |
| | Relationship to debtor **Employee** | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor  **Expo Marketing Group, LLC, a Delaware limited liability company**    Case number *(if known)*

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.6. | **Araceli Owens**<br>**6928 Estrella Avenue**<br>**Twentynine Palms, CA 92277** | **Computer and Monitor (In lieu of severance pay)** | **02/26/2021** | **$239.00** |
| | **Relationship to debtor**<br>**Employee** | | | |
| 13.7. | **Jason Reed**<br>**7443 Oxford Avenue**<br>**Hesperia, CA 92345** | **Computer and Monitor (In lieu of severance pay)** | **02/26/2021** | **$239.00** |
| | **Relationship to debtor**<br>**Employee** | | | |
| 13.8. | **Jesica Carrillo**<br>**22726 Via Castilla**<br>**Lake Forest, CA 92630** | **Computer and Monitor (In lieu of severance pay)** | **12/14/2020** | **$239.00** |
| | **Relationship to debtor**<br>**Employee** | | | |
| 13.9. | **Chris Rotondo**<br>**2305 York Avenue N.**<br>**Minneapolis, MN 55422** | **Computer and Monitor (In lieu of severance pay)** | **12/14/2021** | **$239.00** |
| | **Relationship to debtor**<br>**Employee** | | | |
| 13.10. | **Breanne Rotondo**<br>**2305 York Avenue N**<br>**Minneapolis, MN 55422** | **Computer and Monitor (In lieu of severance pay)** | **12/14/2020** | **$239.00** |
| | **Relationship to debtor**<br>**Employee** | | | |
| 13.11. | **Mitchell Anderson**<br>**7424 Oxford Avenue**<br>**Hesperia, CA 92345** | **Computer and Monitor (In lieu of severance pay)** | **12/14/2020** | **$239.00** |
| | **Relationship to debtor**<br>**Employee** | | | |
| 13.12. | **Sara Gowanni**<br>**139 Sancastle**<br>**Aliso Viejo, CA 92656** | **Computer and Monitor (In lieu of severance pay)** | **12/14/2020** | **$239.00** |
| | **Relationship to debtor**<br>**Employee** | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

Debtor    **Expo Marketing Group, LLC, a Delaware limited liability company**                    Case number *(if known)*

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2741 Dow Avenue Tustin, CA 92780** | **04/15/2010 to 02/28/2021** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Guideline 401K Plan** | EIN:  **65-1207840** |

Has the plan been terminated?
☑ No
☐ Yes

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **ADP 401K Plan** | EIN:  **65-1207840** |

Has the plan been terminated?
☐ No
☑ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

| Debtor | **Expo Marketing Group, LLC, a Delaware limited liability company** | Case number *(if known)* |
|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Banc of California**<br>**3 MacArthur Place**<br>**Santa Ana, CA 92707** | **XXXX-1920** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/11/2020** | **$9,700.00** |
| 18.2. | **Banc of California**<br>**3 MacArthur Place**<br>**Santa Ana, CA 92707** | **XXXX-1988** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | **12-11-2020** | **$365,320.48** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Extra Space Storage**<br>**2965 Warner Avenue**<br>**Irvine, CA 92606** | **Lisa Bertaina; Patrick Suh; Priscilla Greasby; and Alex Gonzalez** | **All of debtor's fixtures and inventory listed on Schedule A/B.** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

| Debtor | Expo Marketing Group, LLC, a Delaware limited liability company | Case number *(if known)* | |
|--------|---------|---------|---|

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---------|---------|---------|---------|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---------|---------|---------|---------|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---------|---------|---------|---------|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---------|---------|---------|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---------|---------|
| 26a.1.    **Tim G. Austgen, CPA, APc**<br>**888 Pospect Street, Suite 210**<br>**La Jolla, CA 92037** | **01/31/2020 &**<br>**02/19/2020** |
| 26a.2.    **Lanco Books**<br>**Tania Lancaster -- Bookkeeper**<br>**888 Prospect St., STE 210**<br>**La Jolla, CA 92037** | **11/30/20;7/31/20;1/31**<br>**/20/12/31/19;**<br>**10/31/19/**<br>**6/30/19; and 1/15/19** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Expo Marketing Group, LLC, a Delaware limited liability company**          Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Tim G. Austgen, CPA, APc**<br>**888 Pospect Street, Suite 210**<br>**La Jolla, CA 92037** | **01/31/2020 &**<br>**02/19/2020** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **LancoBooks**<br>**Tania Lancaster (Bookkeeper)**<br>**888 Prospect Street, Suite 210**<br>**La Jolla, CA 92037** | **11/30/20;7/31/20;1/31**<br>**/20/12/31/19;**<br>**10/31/19/**<br>**6/30/19; and 1/15/19** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case was filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Lisa Bertaina**<br>**2418 Nolita**<br>**Irvine, CA 92612** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Transwestern**<br>**Wilson Dow Avenue, LLC**<br>**P.O. Box 6234**<br>**Hicksville, NY 11802-6234** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lisa Bertaina** | **2418 Nolita**<br>**Irvine, CA 92612** | **President (sole member)** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor  **Expo Marketing Group, LLC, a Delaware limited liability company**

Case number *(if known)*

---

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **Lisa Bertaina**<br>**2418 Nolita**<br>**Irvine, CA 92612** | **$40,000.00** | **07-22-2020** | **Owner Draw** |
| | Relationship to debtor<br>**President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                          **Employer Identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

**Name of the pension fund**                          **Employer Identification number of the parent corporation**

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 16, 2021**

**/s/ Lisa Bertaina**                          **Lisa Bertaina**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re __Expo Marketing Group, LLC, a Delaware limited liability company__    Case No. _____
Debtor(s)    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    ☐ **FLAT FEE**

    For legal services, I have agreed to accept ...................................... $ _____

    Prior to the filing of this statement I have received ............................ $ _____

    Balance Due ............................................................. $ _____

    ☑ **RETAINER**

    For legal services, I have agreed to accept and received a retainer of ............ $ __**58,262.00**__

    The undersigned shall bill against the retainer at an hourly rate of ............ $ __**495.00**__
    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. $ __**1,738.00**__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    **Expo Marketing Group, LLC, a Delaware limited liability company**      Case No. _____

                         Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 16, 2021**                                **/s/ Marc C. Forsythe**
*Date*                                                 **Marc C. Forsythe 153854**
                                                *Signature of Attorney*
                                                **GOE FORSYTHE & HODGES LLP**
                                                  **18101 Von Karman Avenue**
                                                  **Suite 1200**
                                                  **Irvine, CA 92612-7127**
                                                  **(949) 798-2460   Fax: (949) 955-9437**
                                                  **mforsythe@goeforlaw.com**
                                                  *Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Marc C. Forsythe 153854<br>18101 Von Karman Avenue<br>Suite 1200<br>Irvine, CA 92612-7127<br>(949) 798-2460 Fax: (949) 955-9437<br>California State Bar Number: 153854 CA<br>mforsythe@goeforlaw.com | |
| ☐  *Debtor(s) appearing without an attorney*<br>■  *Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Expo Marketing Group, LLC, a Delaware limited liability company** | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __12__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **March 16, 2021**                                      **/s/ Lisa Bertaina**
                                                                          Signature of Debtor 1

Date: _____                      _____
                                                                          Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____                      _____
                                                                          Signature of Attorney for Debtor (if applicable)

*December 2015*                                                **F 1007-1.MAILING.LIST.VERIFICATION**

Expo Marketing Group, LLC, a Delaware limited liability c
2418 Nolita
Irvine, CA 92612


Marc C. Forsythe
GOE FORSYTHE & HODGES LLP
18101 Von Karman Avenue
Suite 1200
Irvine, CA 92612-7127


1 Password
317 Adelaide Street West
Toronto CN M5V1P9


3DS Max AutoDesk
111 McInnis Parkway
San Rafael, CA 94903


A & J Crates
2103 S. Standard Avenue
Santa Ana, CA 92707


Adobe
640 Holdrege Avenue
Los Angeles, CA 90016


Alpha & Omega Semiconductor Ltd
475 Oakmead Parkway
Sunnyvale, CA 94085


American Express
P.O. Box 981535
El Paso, TX 79998-1535

American Express
c/o CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017


Audio Technologies
10557 Metric Drive
Dallas, TX 75243


Becky Hazle-Jones
5265 South Rio Grande Street
Littleton, CO 80120


Better Choice Brands
164 Douglas Road East
Oldsmar, FL 34677


Beyond the Nth Degree Inc.
dba Nth Degree, Inc.
c/o C T Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017


BlueVine, Pocessor and Servicer
for Celtic Bank
401 Warren Street
Redwood City, CA 94063


Brumark
3655 Atlanta Indutrial Drive
Building 100
Atlanta, GA 30331


Celtic Bank
Wade Newman, President
268 State St., STE#300
Salt Lake City, UT 84111

Central Desktop (IMeet)
87 N. Raymond Avenue
Suite 528
Pasadena, CA 91103


Chase
Cardmember Services
P.O. Box 6294
Carol Stream, IL 60197-6294


Chase
P.O. Box 15298
Wilmington, DE 19850-5298


Cinnafilm, Inc.
600 Central Avenue Southeast
Albuquerque, NM 87102


Coffeeland
2121 South Business Parkway
Ontario, CA 91761


Contextlogic, Inc. (Wish)
1 Sansome Street, FL 40
San Francisco, CA 94104-4448


Cox Internet Services
2712 Towne Center Dr.
Foothill Ranch, CA 92610


CT Corporation System
600 N. 2nd Street, STE 401
Harrisburg, PA 17101

Cytek Biosciences, Inc.
46107 Landing Parkway
Fremont, CA 94538


De Lae Landen Financial Services
1111 Old Eagle School Road
Wayne, PA 19087


DE LAGE LANDEN FINANCIAL SERVICES,
1111 Old Eagle School Rd
Wayne, PA 19087-1453


EMG Inc.
c/o Lisa Bertaina
2418 Nolita
Tustin, CA 92780


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Etumos
1425 Broadway #563
Seattle, WA 98122


EVERBANK COMMERCIAL FINANCE, INC.
10 Waterview Blvd Fl 2ND
Parsippany, NJ 07054-1286


Exhibit Force
10550 South Sam Houston Pkwy W
Houston, TX 77071

Faggen Enterprises LLC
c/o Thomas Bacon, agent for service
1601 N. Sepulveda Blvd., #349
Manhattan Beach, CA 90266


Five Incorporated
1055 South 1100 West
Lehi, UT 84043


Flooring Exhibits
P.O. Box 400084
Las Vegas, NV 89140


Franchise Tax Board
Bankruptcy Setion, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Globalux Lighting
2037 S. Vineyard Avenue
Ontario, CA 91761


Hitachi Automotive Systems Americas
10833 Valley View St., Suite 400
Cypress, CA 90630


Hitachi Automotive Systems Americas
6200 Gateway Drive
Cypress, CA 90630


Hubspot
1 Harbour Pl, Suite 175
Portsmouth, NH 03801

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


iTradeNetwork
707 W. Tower Avenue
Oakland, CA 94607


ITS Phone Service
4100 Guardian Street
Suite 110
Simi Valley, CA 93063


Jennifer Wagoner
3237 Satelliet Blvd, Suite 600
Duluth, GA 30096


Letters etc.
17845 Sky Park Circle
Irvine, CA 92614


Lisa Bertaina
2418 Nolita
Irvine, CA 92612


Luminance & Hallmark Lighting
1945 S. Tubeway Avenue
Los Angeles, CA 90040


Marianna Mikhalevick, Attorney
Michael & Associates, PC
555 S. Charles Dr., Suite 204
Thousand Oaks, CA 91360

Megan Allen
1300 NE Alpha Dr.
McMinnville, OR 97128


Microsoft 365
One Microsoft Way
Redmond, WA 98052-6399


Mieles Campos Azules SA DE CV
Carretera a Santa Rosa KM 3
Amatitan, Jalisco 45380, MX


Nth Degree
P.O. Box 306157
Nashville, TN 37230-6157


Nth Degree Inc.
14711 Bentley Circle, Suite A
Tustin, CA 92780


OC Orthodontics
1300 NE Alpha Dr.
CA 91728


Openpath
600 Corporate Point
Suite 400
Culver City, CA 90230


Pacific Coast Producers
631 N. Cluff Avenue
Lodi, CA 95241

Pasternack Enterprises Inc.
17802 Fitch
Irvine, CA 92614


Piedmont Plastics
P.O. Box 845649
Los Angeles, CA 90084-5649


Puzhen Life
745 Fifth Avenue
Suite 528
New York, NY 10151


QBO (Intuit)
2800 E. Commerce Center PL
Tucson, AZ 85704-4559


Richard L. Seide, APC
901 Dove Street
Suite 120
Newport Beach, CA 92660


ScaleMatrix
5775 Kearny Villa Rd.
San Diego, CA 92123


Scott W. Wellman, Attorney at Law
Wellman & Warren LLP
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653


Seed Marketing
651 Via Cristina
Newbury Park, CA 91320

Select Equipment Sales
6911 8th Street
Buena Park, CA 90620


Singapore Math, Inc.
19535 SW 129th Avenue
Tualatin, OR 97062


Southern California Leasing, Inc.
180 E. Main Street, Suite 204
Tustin, CA 92780


State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029


Step 1 Dezigns, Inc.
630 Terminal Way
Costa Mesa, CA 92627


StoreLocal
4920 Campus Drive
Newport Beach, CA 92660


Sunfolding
3101 20th Street
San Francisco, CA 94110


Susquehanna Commercial Finance, Inc
2 Country View Road, Suite 300
Malvern, PA 19355

TL Event Services LLC
2831 S. Rose Parkway
Suite 200
Henderson, NV 89052


Transit Air Cargo
2204 E. Fourth Street
Santa Ana, CA 92705


Transwestern
Wilson Dow Avenue, LLC
P.O. Box 6234
Hicksville, NY 11802-6234


TRITON PACIFIC CAPITAL PARTNERS
Thomas Bacon, its Agent for Service
1601 N. Sepulvda Blvd., #349
Manhattan Beach, CA 90266


Triton, c/o Michael Carroll
TFA Associates LLC
10800 Midlothian Turnpike, Ste. 128
Richmond, VA 23235


True Spot
6010 W. Spring Creek Pkwy
Plano, TX 75024


U.S. Small Business Administration
Office of Disaster Assistance
14925 Kingsport Road
Fort Worth, TX 76155


U.S. Small Business Administration
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012

United Pacific Industries Inc.
3788 Conant Street
Long Beach, CA 90808


VARTA Microbattery
555 Theodore Fremd Avenue
Suite C304
Rye, NY 10580


Vital Smarts
282 West River Bend Lane
Provo, UT 84604


Wade Newman, President
CelticBank
268 South State Street, Suite 300
Salt Lake City, UT 84111


Water Science Technologies
1701 Vanderbilt Rd.
Birmingham, AL 35234


Wells Fargo Equipment Finance
P.O. Box 1433
Des Moines, IA 50306


Western Equipment Finance, Inc.
P.O. Box 640
Devils Lake, ND 58301-0640


Wildow Avenue LLC
RREEF
535 Anton, Suite 200
Costa Mesa, CA 92626

Wilson Dow Avenue, LLC
c/o C T Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017


Younger Optics USA
2925 California Street
Torrance, CA 90503

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. &
Email Address
**Marc C. Forsythe 153854**
**18101 Von Karman Avenue**
**Suite 1200**
**Irvine, CA 92612-7127**
**(949) 798-2460 Fax: (949) 955-9437**
California State Bar Number: **153854 CA**
**mforsythe@goeforlaw.com**

FOR COURT USE ONLY

☒ *Attorney for:*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Expo Marketing Group, LLC, a Delaware limited
liability company**

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER:    **11**

# CORPORATE OWNERSHIP STATEMENT
PURSUANT TO   FRBP 1007(a)(1)
and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in
a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent
corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more
of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership
Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental
statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement
inaccurate.*

I,   **Lisa Bertaina**                                              , the undersigned in the above-captioned case, hereby declare
              *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:
        ☒ I am the president or other officer or an authorized agent of the Debtor corporation
        ☐ I am a party to an adversary proceeding
        ☐ I am a party to a contested matter
        ☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
        *[For additional names, attach an addendum to this form.]*

b.   ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date     3/16/21

By: _____
Signature of Debtor, or attorney for Debtor

Name:   **Lisa Bertaina, President**
       Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**